# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*-FILED-*
JUL 31 2024
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. **NEATLY** print in ink (or type) your answers.]

__Zolo A. Azania__,
[You are the **PLAINTIFF**, print your full name on this line.]

v.

__Goodwill Industries, et al,__
[The **DEFENDANT** is who you are suing. Put <u>ONE</u> name on this line. List <u>ALL</u> defendants below, including this one.]

Case Number __2:24-cv-264__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is **VERY IMPORTANT** that you include it on **everything** you send to the court for this case. **DO NOT** send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Goodwill Industries; Garrett Ledbetter, D.H.R; | P.O. Box 3846, 1805 W. Western Ave. South Bend, IN 46619 |
| 2 | [Put the names of any other defendants in these boxes.] Ms. Carmen Walker, Assistant Manager; | Goodwill Outlet Store 4830 W. Ridge Road Gary, IN 46408 |
| 3 | Gary Tom Lawson, Manager. | Goodwill Outlet Store 4880 W. Ridge Road Gary, IN 46408 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant <u>in a separate box</u> as shown here.]

1. How many defendants are you suing? __4__
2. What is your address? __P.O. Box 64854__
   __Gary, Indiana  46401-0854__
3. What is your telephone number: (__219__) __614-4294__
4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment **OR** an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

Continued from Page #1.

## Preliminary Statement

a). This is a complaint for Damages and Request for Jury Trial. Plaintiff Azania was fired (terminated) from his job at Goodwill of Michiana Incorporated, where he (Azania) had been working for more than five (5) consecutive years. Plaintiff Azania had an altercation with another employee, to-wit: Gary L. Nintz. An Indiana law judge ruled in favor of Plaintiff Azania, saying that he was wrongfully terminated. A three (3) judge panel denied Goodwill Defendants appeal, again ruling in Plaintiff Azania's favor. Goodwill stalled the case for a year in bad faith effort to Settlement Negotiations with Plaintiff. Incorporate by reference all other "facts" "Attached" to the instant complaint.

## Parties, Jurisdiction and Venue

b). Plaintiff, Zolo A. Azania, hereinafter "Azania" or "Plaintiff," is a resident of Lake County in the State of Indiana and a former employee of Defendant Goodwill.

c). Defendant, Goodwill Industries of Michiana Inc., hereinafter referred to a "Goodwill" or "Defendant," is an employer as defined by Title 42 U.S.C. § 2000(b), 29 U.S.C. § 621 et. sec. and 42 U.S.C. § 12101, et. sec., which conducts business in the State of Indiana

d). Mr. Azania filed a Charge of discrimination, retaliation based on his race (ethnic nationality), sex male within the Gary Human Relations Commission and EEOC (See Attachment), in violation of Title VII of the Civil Rights Act of 1964, as amended. Tampering with video evidence. Goodwill Defendants committed fraud on court.

e). The Equal Employment Opportunity Commission regulations, issued to Mr. Azania a 90-day Right to Sue letter on May 3, 2024 (See Attachment).

f). Plaintiff Azania further bring these charges against Defendants Garrett Ledbetter, Director of Human Relations; Carmen Walker, Assistant Warehouse Manager; Gary Tom Lawson, Warehouse Manager, all of them are employees of Goodwill Industries personally participated in falsifying evidence (video tape), knowing full well that Mr. Azania did not "hit" his co-worker Gary L. Nimtz. Defendant Ledbetter "admitted" on the court record that "Mr. Azania did not hit or strick Gary L. Nimtz."

g). Mr. Azania invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(d). Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

(INND Rev. 4/24)                                                                                                   page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

  **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

  **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Plaintiff Azania is an Afrikan descend male in American hired by the Defendant Goodwill Industries on June 26, 2017 as a "Material Handler", later promoted to Forklift Baler Team Leader.

2. On January 22, 2023, Gary L. Nimtz (Caucasian), a team member of my crew and Plaintiff Azania began verbally arguing with one another. Mr. Nimtz was setting on a forklift, Nimtz unbuckled his seat belt in a quick motion, jumped down and aggressively rushed towards Azania, which invaded my personal space and Azania stood his ground. Azania felt threaten and extended an arm for Nimtz to stop in an attempted gesture to physically

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

restrain Nimtz. Plaintiff, repeatedly asked Mr. Nimtz, "What's wrong with you." At no time did Azania approach Nimtz, nor invaded his personal space or threw a punch. Incorporated attached "facts".

3). On January 23, 2024, the next day after Plaintiff Azania's altication with Nimtz, Plaintiff was terminated. Azania believe his firing was in retaliation.

RELIEF – If you win this case, what do you want the court to order the defendant to do?

A Declaratory Judgment; Backpay from the date of Azania's termination until May 19, 2023, the date of first settlement negotiations; $20,000.00. Award pre-judgment interest, attorneys fees, court costs, and post-judgment interest.

FILING FEE – Are you paying the filing fee?

☒ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

ZAA  I will keep a copy of this complaint for my records.
ZAA  I will promptly notify the court of any change of address.
ZAA  I declare **under penalty of perjury** that the statements in this complaint are true.

_Zolo A. Azania_                                                  _July 31, 2024_
Signature                                                              Date

[_DO NOT_ write in the margins or on the back of any pages. Attach additional pages if necessary.]

Mr. Zolo Agona Azania
3977 Johnson Street
Gary, Indiana 46408-2101

Wednesday, January 25, 2023

Ms. Debie Coble, President & CEO
Goodwill Industries, Inc.
P. O. Box 3846; 1805 West Western Avenue
South Bend, Indiana 46619-3519

Greetings Debie Coble,

This missive is addressed to you as my written complaint or grievance for administrative investigation, appeal, and resolution.

## FACTS

1. On Saturday, January 21, 2023 Ranita Ware, Assistant Store Manger, had a serious heated altercation with another employee, Desmond Thomas, that resulted in him either quitting or terminated. At approximately 2:30 p.m. Ranita Ware advised me that Ms. Carmen Walker and Tom Lawson wanted to know if i would be willing to come in to work on my off-day (Sunday) because there would be no fork lift truck drivers there? i said, "Yes, i would be glad to help."

2. On Sunday, January 22, 2023 i reported to work. At approximately 9:30 a.m. or 10:00 a.m. Gary L. Nimtz and myself engaged in an argument. i was standing on the south side of the American Baler table where compressed wired bales of either cardboard, textiles and linen bales are picked up by a fork truck, weighted and stacked for sale and shipment. Gary L. Nimtz was operating the fork truck about nine (9) or ten (10) feet across from me on the north side of the baler table.

3. Gary asked whether i "was finished with the fork truck.?" Then i retorted, "Fine time to ask! Then i asked him, "Why didn't you bring the trays around since you wanted to jump on the truck and do everything?" Both of Us continued to exchanged words like this back and forth. Gary then said, "i'm tired of you!" He unbuckled the seat belt in a quick motion, jumped down from the fork truck and aggressively rushed towards me in an angry and rude manner. He invaded my personal space of three (3) feet and i stood my ground. i felt threaten and extended a stiff arm for him to stop in an attempted gesture to physically restrain him. In the process of that i repeatedly asked Gary, "What's wrong with you?" At no time did i approach Gary, nor invade his personal space and i never threw a punch.

4. On Monday, January 23, 2023 at approximately 8:15 a.m., prior to the *'morning huddle'* Gary went into Carmen's office and told her his side of the story. Carmen did not conduct an interview of me or otherwise talk with me about the situation.

5. On January 23, 2023 at approximately 2:30 p.m. Tom summoned me to Carmen's office. Carmen was there but did not say anything to me. Tom asked me "What happened between you and Gary?" i told him the same thing as aforementioned. *Tom said that's not what he saw on the video camera:* **"You're terminated."** i quietly exited the office; retrieved my personal belongings from my assigned locker and went home.

Debie Coble, President & CEO
Goodwill Industries, Inc.
January, 25, 2023

## PRO ACTION REQUESTED

6. There is a significant difference between stiff-arming someone like football games when they are approaching you as opposed to punching them. A surveillance tape review of the incident should be promptly conducted. Moreover, Tom and Carmen, individually and in concert, made a unilateral rush to judgment in blatant disregards for my rights to due process before being terminated by them.

7. Gary Nimtz knew about my imminent firing before it actually happened because Tom directed him to hide at the back dock area of the warehouse prior to calling me into the office until i leave the building. The fact that i felt unsafe with Gary puffed-up demeanor while hastily coming at me as indicated was ignored. Such inappropriate conduct by manage team results in a toxic company culture of dishonesty and mistrust.

8. No exigent circumstances existed for either Tom or Carmen to justify dispensing with giving me advance notice of the termination and the opportunity to be heard at a fair and unbiased due process disciplinary hearing.

**The undersigned, author of the instant complaint, hereby affirm under the penalties of perjury that the foregoing facts are true and correct to the best of my knowledge and belief.** Please allow me to hear from you soon. Thank you.

Respectfully submitted,

*Zolo A. Azania*
Zolo Agona Azania, Forklift/Baler Team Lead


C.c.: mziegert@goodwill-ni.org · sbrodzinski@goodwill-ni.org
afloran@goodwill-ni.org · and Openly to All Concern for
Human Rights in All Human Sights.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA | 0423KRReS0039 |
| | [X] EEOC | 24E-2023-00042 |

**Gary Human Relations Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Zolo A. Azania | (219) 614-4294 | 1954 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3977 Johnson Street | Gary, Indiana 46408 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GOODWILL INDUSTRIES, INC. | 500+ | (219) 985-6452 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4830 Ridge Road | Gary, Indiana 46254 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GOODWILL INDUSTRIES, INC. | 500+ | (574) 472-7338 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1805 W. Western Avenue | South Bend, Indiana 46619-3519 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 1-23-2023   Latest: 1-23-2023
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am an African American male hired by the Respondent on June 26, 2017 as a Material Handler, later promoted to Forklift/Baler Team Leader. On January 22, 2023, Gary L. Nimtz (Caucasian), a team member of my crew and myself began verbally arguing with one another. Mr. Nimtz was setting on a forklift, he unbuckled his seat belt in a quick motion, jumped down and aggressively rushed towards me, which invaded my personal space and I stood my ground. I felt threaten and extended an arm for him to stop in an attempted gesture to physically restrain him. I repeatedly asked Mr. Nimtz, "What's wrong with you". At no time did I approach Mr. Nimtz, nor invaded his personal space or threw a punch. The next day I was terminated. I believe it is in retaliation for written complaints against two supervisors, Carmen Walker (Caucasian) (on August 9, 2021) and Gary Tom Lawson (Caucasian) (on April 30, 2022. I have yet to receive a response from Human Resources about either complaint.

I believe I have been discriminated and retaliated against based on my race/African American and sex male, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Apr 12, 2023    *Zolo A. Azania*
Date    Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Indianapolis District Office
115 W. Washington St., South Tower Suite 600
Indianapolis, IN 46204
(463) 999-1240
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/03/2024

**To:** Mr. Zolo A. Azania
3977 Johnson Street
Gary, IN 46408

Charge No: 24E-2023-00042

EEOC Representative: Jeremy Sells
State, Local & Tribal Coordinator
(463) 999-1161

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele 05/03/2024
Michelle Eisele
District Director

Please retain this notice for your records.

cc: On following page